UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDERSON POWER PRODUCTS, INC.,

Plaintiff,

v.

BIZLINK TECHNOLOGY, INC., et al.,

Defendants.

Case No.  23-cv-05436-AMO

**ORDER CONTINUING STAY**

Re: Dkt. No. 75

On February 12, 2025, the Court ordered this action stayed pending inter partes review. Dkt. No. 69.  Since then, the parties reported that the process before the Patent Trial and Appeal Board ("PTAB") concluded with a final written decision determining that certain claims of the patent in suit, U.S. Patent No. 8,808,017, are unpatentable and that at least one claim of the patent is not unpatentable. *See, e.g.*, Dkt. No. 74.  Plaintiff Anderson Power Products, Inc., has since appealed the PTAB's decision to the United States Court of Appeals for the Federal Circuit. *See* Dkt. No. 75.  The parties jointly request that this case remain stayed during the pendency of the appeal.  The Court **GRANTS** the parties' request; the case remains **STAYED**.

Given the procedural posture, the Court **ORDERS** that the instant case is **CLOSED** for statistical purposes only.  Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered.

//

//

//

//

United States District Court
Northern District of California

Within 30 days of the resolution of the appeal, the parties shall file a status report on the docket and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California